# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION-FLINT

IN RE:  
Marquita D. McQueen

CHAPTER 13  
CASE NO: 19-31836  
JUDGE: Joel D. Applebaum

_____/

## ORDER DISMISSING CHAPTER 13 CASE

This matter having come on for hearing before the Court on November 12, 2019 with due notice having been provided, and after reviewing the Court's file and those representations made on the record, the Court finds it appropriate to enter this Order Dismissing Chapter 13 Case for failure to appear at Meeting of Creditors 341 hearing.

**IT IS HEREBY ORDERED** that the within case is dismissed and the automatic stays issued pursuant to 11 U.S.C. 362 and 1301 are hereby terminated;

**IT IS FURTHER ORDERED** that the Clerk's Office shall immediately provide notice of the entry of this Order to all interested parties and the debtor and the attorney for the debtor, if any, and the Trustee.

**IT IS FURTHER ORDERED** that CARL BEKOFSKE, TRUSTEE, is discharged as Trustee and the Trustee and his surety are released from any and all liability on account of this proceeding.

**Signed on November 18, 2019**

/s/ Joel D. Applebaum  
Joel D. Applebaum  
United States Bankruptcy Judge